# United States Bankruptcy Court

## For the Southern District of Georgia

In the matter of:                         )
                                          )        Chapter **13** _____
**Stacey L. Young**                       )
                                          )        Case Number _____
                        *Debtor(s)*       )

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1.    Debtor  **Stacey L. Young** _____

      Employer  **MCG Health, Inc.** _____

      Dates of Pay Advices:  From **January 31, 2014** _____  To **April 11, 2014** _____

      Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

      [ ]    The Debtor was not employed.

      [ ]    The Debtor's source of income was from Social Security.

      [ ]    The Debtor was self employed.

2.    Joint Debtor (Spouse)  _____

      Employer  _____

      Dates of Pay Advices:  From _____  To _____

      Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

      [ ]    The Joint Debtor was not employed.

      [ ]    The Joint Debtor's source of income was from Social Security.

      [ ]    The Joint Debtor was self employed.

| s/s/Angela McElroy-Magruder    04/29/14 | s/Stacey L. Young    04/29/14 |
|---|---|
| Signature of Attorney                Date | Signature of Debtor                Date |
| **Angela McElroy-Magruder** | |
| Name of Attorney | Signature of Joint Debtor (if any)    Date |

## Paycheck Information

**Stacey L Young**

back | ok | next

| Pay Period Start Date | Pay Period End Date | Check Date | Voucher | Gross Amount | Net Amount |
|---|---|---|---|---|---|
| 01/12/2014 | 01/25/2014 | 01/31/2014 | 2684135 | 2,359.60 | 783.46 |

| Pay Type | Rate | Hours | Amount | Year To Date |
|---|---|---|---|---|
| Wk1 Day Shift | 27.60 | 22.500 | 621.00 | 1,269.60 |
| Wk1 Eve Shift | 27.60 | 12.200 | 336.72 | 914.94 |
| Wk1 Nt Shift | 27.60 | 1.500 | 41.40 | 514.74 |
| Wk1 PTO | | | | 314.64 |
| Week 1 Hours | | 36.200 | | |
| Wk1 Eve Diff | 2.75 | 12.200 | 33.55 | 91.16 |
| Wk1 Nt Diff | 2.75 | 1.500 | 4.13 | 51.30 |
| Wk1 WE Diff | 3.00 | 12.000 | 36.00 | 132.30 |
| Wk1 Transport | | | | 55.20 |
| Wk1 Adv L Sup | 0.25 | 36.200 | 9.06 | 27.32 |
| Wk1 BSN Cred | 1.00 | 36.200 | 36.20 | 109.20 |
| Wk1 Natl Cert | 0.50 | 36.200 | 18.10 | 54.61 |
| Wk2 Day Shift | 27.60 | 22.980 | 634.25 | 1,256.08 |
| Wk2 Eve Shift | 27.60 | 13.100 | 361.56 | 1,160.86 |
| Wk2 Nt Shift | 27.60 | 1.400 | 38.64 | 713.18 |
| Wk2 PTO | | | | 1.93 |
| Wk2 O/T Shft2 | | | | 139.93 |
| Wk2 O/T Shft3 | | | | 416.21 |
| Week 2 Hours | | 37.480 | | |
| Wk2 Eve Diff | 2.75 | 13.100 | 36.03 | 129.61 |
| Wk2 Nt Diff | 2.75 | 1.400 | 3.85 | 112.54 |
| Wk2 WE Diff | 3.00 | 13.600 | 40.80 | 148.77 |
| Wk2 Transport | 13.80 | 3.080 | 42.50 | 42.50 |
| Wk2 Adv L Sup | 0.25 | 37.480 | 9.38 | 33.44 |
| Wk2 BSN Cred | 1.00 | 37.480 | 37.48 | 133.63 |
| Wk2 Natl Cert | 0.50 | 37.480 | 18.74 | 66.83 |
| Wk2 O/T Prem | | | | 335.43 |
| GTL Taxable | 0.00 | 0.000 | 0.21 | 0.63 |
| Gross Pay: | | | 2,359.60 | 8,226.58 |

| Tax Type | State | Locality | Amount | Year To Date |
|---|---|---|---|---|
| F.I.C.A. | | | 138.10 | 485.46 |
| F.I.C.M. | | | 32.30 | 113.54 |
| FIT | | | 211.36 | 877.97 |
| Income Tax | Georgia | | 86.63 | 318.42 |
| Tax Totals: | | | 468.39 | 1,795.39 |

| Deduction | Amount | Year To Date |
|---|---|---|
| Dental EE+Chldr | 27.60 | 82.80 |
| Garnishment 1 | 472.80 | 1,607.79 |
| Med EE+Chd(ren) | 104.57 | 313.71 |
| Tax Life Offset | 0.21 | 0.63 |
| VALIC | 353.91 | 1,233.90 |
| VALIC Loan 401A | 78.72 | 236.16 |
| VALIC Loan 403B | 69.94 | 209.82 |
| VALIC Match | 117.97 | 411.30 |
| Deduction Totals: | 1,107.75 | 3,684.81 |

MCG Health Inc                Voucher:        2684135

1120 15th Street FY137
Augusta, GA 30912

Date:        01/31/2014

ACCOUNT # DEPOSITED TO        AMOUNT   $ 783.46

Pay to the order of:    C **0228              783.46
Stacey L Young

NON-NEGOTIABLE        NON-NEGOTIABLE        NON-NEGOTIABLE

## Paycheck Information

**Stacey L Young**

back    ok    next

| Pay Period Start Date | Pay Period End Date | Check Date | Voucher | Gross Amount | Net Amount |
|---|---|---|---|---|---|
| 01/26/2014 | 02/08/2014 | 02/14/2014 | 2708991 | 2,779.93 | 928.46 |

| Pay Type | Rate | Hours | Amount | Year To Date |
|---|---|---|---|---|
| Wk1 Day Shift | 27.60 | 18.820 | 519.43 | 1,789.03 |
| Wk1 Eve Shift | 27.60 | 12.180 | 336.17 | 1,251.11 |
| Wk1 Nt Shift | 27.60 | 9.000 | 248.40 | 763.14 |
| Wk1 PTO | | | | 314.64 |
| Wk1 O/T Shft | 27.60 | 3.540 | 97.70 | 97.70 |
| Wk1 O/T Shft2 | 27.60 | 4.000 | 110.40 | 110.40 |
| Week 1 Hours | | 47.540 | | |
| Wk1 Eve Diff | 2.75 | 16.180 | 44.50 | 135.66 |
| Wk1 Nt Diff | 2.75 | 9.000 | 24.75 | 76.05 |
| Wk1 WE Diff | 3.00 | 16.450 | 49.35 | 181.65 |
| Wk1 Transport | | | | 55.20 |
| Wk1 Adv L Sup | 0.25 | 47.540 | 11.90 | 39.22 |
| Wk1 BSN Cred | 1.00 | 47.540 | 47.54 | 156.74 |
| Wk1 Natl Cert | 0.50 | 47.540 | 23.77 | 78.38 |
| Wk1 O/T Prem | 15.92 | 7.540 | 120.06 | 120.06 |
| Wk2 Day Shift | 27.60 | 22.940 | 633.14 | 1,889.22 |
| Wk2 Eve Shift | 27.60 | 12.100 | 333.96 | 1,494.82 |
| Wk2 Nt Shift | 27.60 | 1.500 | 41.40 | 754.58 |
| Wk2 PTO | | | | 1.93 |
| Wk2 O/T Shft2 | | | | 139.93 |
| Wk2 O/T Shft3 | | | | 416.21 |
| Week 2 Hours | | 36.540 | | |
| Wk2 Eve Diff | 2.75 | 12.100 | 33.28 | 162.89 |
| Wk2 Nt Diff | 2.75 | 1.500 | 4.13 | 116.67 |
| Wk2 WE Diff | 3.00 | 11.960 | 35.88 | 184.65 |
| Wk2 Transport | | | | 42.50 |
| Wk2 Adv L Sup | 0.25 | 36.540 | 9.15 | 42.59 |
| Wk2 BSN Cred | 1.00 | 36.540 | 36.54 | 170.17 |
| Wk2 Natl Cert | 0.50 | 36.540 | 18.27 | 85.10 |
| Wk2 O/T Prem | | | | 335.43 |
| GTL Taxable | 0.00 | 0.000 | 0.21 | 0.84 |
| **Gross Pay:** | | | **2,779.93** | **11,006.51** |

| Tax Type | State | Locality | Amount | Year To Date |
|---|---|---|---|---|
| F.I.C.A. | | | 164.17 | 649.63 |
| F.I.C.M. | | | 38.39 | 151.93 |
| FIT | | | 300.68 | 1,178.65 |
| Income Tax | Georgia | | 108.07 | 426.49 |
| **Tax Totals:** | | | **611.31** | **2,406.70** |

| Deduction | Amount | Year To Date |
|---|---|---|
| Dental EE+Chldr | 27.60 | 110.40 |
| Garnishment 1 | 542.16 | 2,149.95 |
| Med EE+Chd(ren) | 104.57 | 418.28 |
| Tax Life Offset | 0.21 | 0.84 |
| VALIC | 416.96 | 1,650.86 |
| VALIC Loan 401A | 78.72 | 314.88 |
| VALIC Loan 403B | 69.94 | 279.76 |
| VALIC Match | 138.99 | 550.29 |
| **Deduction Totals:** | **1,240.16** | **4,924.97** |

MCG Health Inc
1120 15th Street FY137
Augusta, GA 30912

Voucher:        2708991
Date:           02/14/2014

ACCOUNT # DEPOSITED TO

AMOUNT    $ 928.46

Pay to the order of:
Stacey L Young

C **0228

928.46

**NON-NEGOTIABLE**          **NON-NEGOTIABLE**          **NON-NEGOTIABLE**

## Paycheck Information

**Stacey L Young**

| Pay Period Start Date | Pay Period End Date | Check Date | Voucher | Gross Amount | Net Amount |
|---|---|---|---|---|---|
| 02/09/2014 | 02/22/2014 | 02/28/2014 | 2729852 | 2,785.04 | 930.25 |

| Pay Type | Rate | Hours | Amount | Year To Date |
|---|---|---|---|---|
| Wk1 Day Shift | 27.60 | 26.000 | 717.60 | 2,506.63 |
| Wk1 Eve Shift | 27.60 | 12.000 | 331.20 | 1,582.31 |
| Wk1 Nt Shift | 27.60 | 2.000 | 55.20 | 818.34 |
| Wk1 PTO | | | | 314.64 |
| Wk1 O/T Shft | 27.60 | 4.820 | 133.03 | 230.73 |
| Wk1 O/T Shft2 | 27.60 | 4.000 | 110.40 | 220.80 |
| Week 1 Hours | | 48.820 | | |
| Wk1 Eve Diff | 2.75 | 16.000 | 44.00 | 179.66 |
| Wk1 Nt Diff | 2.75 | 2.000 | 5.50 | 81.55 |
| Wk1 WE Diff | 3.00 | 11.970 | 35.91 | 217.56 |
| Wk1 Transport | | | | 55.20 |
| Wk1 Adv L Sup | 0.25 | 48.820 | 12.21 | 51.43 |
| Wk1 BSN Cred | 1.00 | 48.820 | 48.82 | 205.56 |
| Wk1 Natl Cert | 0.50 | 48.820 | 24.41 | 102.79 |
| Wk1 O/T Prem | 15.55 | 8.820 | 137.15 | 257.21 |
| Wk2 Day Shift | 27.60 | 22.460 | 619.90 | 2,509.12 |
| Wk2 Eve Shift | 27.60 | 12.000 | 331.20 | 1,826.02 |
| Wk2 Nt Shift | 27.60 | 1.400 | 38.64 | 793.22 |
| Wk2 PTO | 27.57 | 0.140 | 3.86 | 5.79 |
| Wk2 O/T Shft2 | | | | 139.93 |
| Wk2 O/T Shft3 | | | | 416.21 |
| Week 2 Hours | | 36.000 | | |
| Wk2 Eve Diff | 2.75 | 12.000 | 33.00 | 195.89 |
| Wk2 Nt Diff | 2.75 | 1.400 | 3.85 | 120.52 |
| Wk2 WE Diff | 3.00 | 11.980 | 35.94 | 220.59 |
| Wk2 Transport | | | | 42.50 |
| Wk2 Adv L Sup | 0.25 | 36.000 | 9.01 | 51.60 |
| Wk2 BSN Cred | 1.00 | 36.000 | 36.00 | 206.17 |
| Wk2 Natl Cert | 0.50 | 36.000 | 18.00 | 103.10 |
| Wk2 O/T Prem | | | | 335.43 |
| GTL Taxable | 0.00 | 0.000 | 0.21 | 1.05 |
| Gross Pay: | | | 2,785.04 | 13,791.55 |

| Tax Type | State | Locality | Amount | Year To Date |
|---|---|---|---|---|
| F.I.C.A. | | | 164.47 | 814.10 |
| F.I.C.M. | | | 38.47 | 190.40 |
| FIT | | | 301.76 | 1,480.41 |
| Income Tax | Georgia | | 108.33 | 534.82 |
| Tax Totals: | | | 613.03 | 3,019.73 |

| Deduction | Amount | Year To Date |
|---|---|---|
| Dental EE+Chldr | 27.60 | 138.00 |
| Garnishment 1 | 543.00 | 2,692.95 |
| Med EE+Chd(ren) | 104.57 | 522.85 |
| Tax Life Offset | 0.21 | 1.05 |
| VALIC | 417.72 | 2,068.58 |
| VALIC Loan 401A | 78.72 | 393.60 |
| VALIC Loan 403B | 69.94 | 349.70 |
| VALIC Match | 139.24 | 689.53 |
| Deduction Totals: | 1,241.76 | 6,166.73 |

MCG Health Inc
1120 15th Street FY137
Augusta, GA 30912

Voucher:      2729852
Date:         02/28/2014

ACCOUNT # DEPOSITED TO         AMOUNT    $ 930.25

Pay to the order of:    C **0228                       930.25
Stacey L Young

**NON-NEGOTIABLE**          **NON-NEGOTIABLE**          **NON-NEGOTIABLE**

## Paycheck Information

**Stacey L Young**

back        ok        next

| Pay Period Start Date | Pay Period End Date | Check Date | Voucher | Gross Amount | Net Amount |
|---|---|---|---|---|---|
| 02/23/2014 | 03/08/2014 | 03/14/2014 | 2749527 | 2,936.25 | 982.13 |

| Pay Type | Rate | Hours | Amount | Year To Date |
|---|---|---|---|---|
| Wk1 Day Shift | 29.57 | 22.270 | 658.52 | 3,165.15 |
| Wk1 Eve Shift | 29.57 | 12.000 | 354.84 | 1,937.15 |
| Wk1 Nt Shift | 29.57 | 1.000 | 29.57 | 847.91 |
| Wk1 PTO | 29.58 | 0.730 | 21.59 | 336.23 |
| Wk1 O/T Shft | | | | 230.73 |
| Wk1 O/T Shft2 | | | | 220.80 |
| Week 1 Hours | | 36.000 | | |
| Wk1 Eve Diff | 2.75 | 12.000 | 33.00 | 212.66 |
| Wk1 Nt Diff | 2.75 | 1.000 | 2.75 | 84.30 |
| Wk1 WE Diff | 3.00 | 12.500 | 37.50 | 255.06 |
| Wk1 Transport | 14.78 | 0.510 | 7.54 | 62.74 |
| Wk1 Adv L Sup | 0.25 | 36.000 | 9.00 | 60.43 |
| Wk1 BSN Cred | 1.00 | 36.000 | 36.00 | 241.56 |
| Wk1 Natl Cert | 0.50 | 36.000 | 18.01 | 120.80 |
| Wk1 O/T Prem | | | | 257.21 |
| Wk2 Day Shift | 29.57 | 22.450 | 663.85 | 3,172.97 |
| Wk2 Eve Shift | 29.57 | 12.000 | 354.84 | 2,180.86 |
| Wk2 Nt Shift | 29.57 | 1.500 | 44.36 | 837.58 |
| Wk2 PTO | 29.60 | 0.050 | 1.48 | 7.27 |
| Wk2 O/T Shft2 | | | | 139.93 |
| Wk2 O/T Shft3 | | | | 416.21 |
| Week 2 Hours | | 36.000 | | |
| Wk2 Eve Diff | 2.75 | 12.000 | 33.00 | 228.89 |
| Wk2 Nt Diff | 2.75 | 1.500 | 4.13 | 124.65 |
| Wk2 WE Diff | 3.00 | 11.990 | 35.97 | 256.56 |
| Wk2 Transport | 14.78 | 2.210 | 32.67 | 75.17 |
| Wk2 Adv L Sup | 0.25 | 36.000 | 9.00 | 60.60 |
| Wk2 BSN Cred | 1.00 | 36.000 | 36.00 | 242.17 |
| Wk2 Natl Cert | 0.50 | 36.000 | 18.01 | 121.11 |
| Wk2 O/T Prem | | | | 335.43 |
| GTL Taxable | 0.00 | 0.000 | 0.64 | 1.69 |
| Retro Pay | 0.00 | 0.000 | 493.98 | 493.98 |
| Gross Pay: | | | 2,936.25 | 16,727.80 |

| Tax Type | State | Locality | Amount | Year To Date |
|---|---|---|---|---|
| F.I.C.A. | | | 173.86 | 987.96 |
| F.I.C.M. | | | 40.65 | 231.05 |
| FIT | | | 333.80 | 1,814.21 |
| Income Tax | Georgia | | 116.02 | 650.84 |
| Tax Totals: | | | 664.33 | 3,684.06 |

| Deduction | Amount | Year To Date |
|---|---|---|
| Dental EE+Chldr | 27.60 | 165.60 |
| Garnishment 1 | 567.98 | 3,260.93 |
| Med EE+Chd(ren) | 104.57 | 627.42 |
| Tax Life Offset | 0.64 | 1.69 |
| VALIC | 440.34 | 2,508.92 |
| VALIC Loan 401A | 78.72 | 472.32 |
| VALIC Loan 403B | 69.94 | 419.64 |
| VALIC Match | 146.78 | 836.31 |
| | 1,289.79 | 7,456.52 |

Deduction Totals:

MCG Health Inc                                    Voucher:      2749527
1120 15th Street FY137                            Date:         03/14/2014
Augusta, GA 30912

                          ACCOUNT # DEPOSITED TO          AMOUNT    $ 982.13

Pay to the order of:      C **0228                            982.13
Stacey L Young


NON-NEGOTIABLE            NON-NEGOTIABLE                  NON-NEGOTIABLE

## Paycheck Information
**Stacey L Young**

back    ok    next

| Pay Period Start Date | Pay Period End Date | Check Date | Voucher | Gross Amount | Net Amount |
|---|---|---|---|---|---|
| 03/09/2014 | 03/22/2014 | 03/28/2014 | 2768054 | 2,517.68 | 837.71 |

| Pay Type | Rate | Hours | Amount | Year To Date |
|---|---|---|---|---|
| Wk1 Day Shift | 29.57 | 22.490 | 665.03 | 3,830.18 |
| Wk1 Eve Shift | 29.57 | 12.000 | 354.84 | 2,291.99 |
| Wk1 Nt Shift | 29.57 | 1.000 | 29.57 | 877.48 |
| Wk1 PTO | 29.57 | 0.510 | 15.08 | 351.31 |
| Wk1 O/T Shft | | | | 230.73 |
| Wk1 O/T Shft2 | | | | 220.80 |
| Week 1 Hours | | 36.000 | | |
| Wk1 Eve Diff | 2.75 | 12.000 | 33.00 | 245.66 |
| Wk1 Nt Diff | 2.75 | 1.000 | 2.75 | 87.05 |
| Wk1 WE Diff | 3.00 | 11.070 | 33.21 | 288.27 |
| Wk1 Transport | 14.78 | 1.520 | 22.47 | 85.21 |
| Wk1 Adv L Sup | 0.25 | 36.000 | 9.00 | 69.43 |
| Wk1 BSN Cred | 1.00 | 36.000 | 36.00 | 277.56 |
| Wk1 Natl Cert | 0.50 | 36.000 | 18.01 | 138.81 |
| Wk1 O/T Prem | | | | 257.21 |
| Wk2 Day Shift | 29.57 | 23.000 | 680.11 | 3,853.08 |
| Wk2 Eve Shift | 29.57 | 12.100 | 357.80 | 2,538.66 |
| Wk2 Nt Shift | 29.57 | 1.400 | 41.40 | 878.98 |
| Wk2 PTO | | | | 7.27 |
| Wk2 O/T Shft2 | | | | 139.93 |
| Wk2 O/T Shft3 | | | | 416.21 |
| Week 2 Hours | | 36.500 | | |
| Wk2 Eve Diff | 2.75 | 12.100 | 33.28 | 262.17 |
| Wk2 Nt Diff | 2.75 | 1.400 | 3.85 | 128.50 |
| Wk2 WE Diff | 3.00 | 11.900 | 35.70 | 292.26 |
| Wk2 Transport | 14.79 | 5.550 | 82.06 | 157.23 |
| Wk2 Adv L Sup | 0.25 | 36.500 | 9.13 | 69.73 |
| Wk2 BSN Cred | 1.00 | 36.500 | 36.50 | 278.67 |
| Wk2 Natl Cert | 0.50 | 36.500 | 18.25 | 139.36 |
| Wk2 O/T Prem | | | | 335.43 |
| GTL Taxable | 0.00 | 0.000 | 0.64 | 2.33 |
| Retro Pay | | | | 493.98 |
| Gross Pay: | | | 2,517.68 | 19,245.48 |

| Tax Type | State | Locality | Amount | Year To Date |
|---|---|---|---|---|
| F.I.C.A. | | | 147.90 | 1,135.86 |
| F.I.C.M. | | | 34.59 | 265.64 |
| FIT | | | 244.86 | 2,059.07 |
| Income Tax | Georgia | | 94.67 | 745.51 |
| Tax Totals: | | | 522.02 | 4,206.08 |

| Deduction | Amount | Year To Date |
|---|---|---|
| Dental EE+Chldr | 27.60 | 193.20 |
| Garnishment 1 | 498.92 | 3,759.85 |
| Med EE+Chd(ren) | 104.57 | 731.99 |
| Tax Life Offset | 0.64 | 2.33 |
| VALIC | 377.56 | 2,886.48 |
| VALIC Loan 401A | 78.72 | 551.04 |
| VALIC Loan 403B | 69.94 | 489.58 |
| VALIC Match | 125.85 | 962.16 |
| | 1,157.95 | 8,614.47 |

**Deduction Totals:**

MCG Health Inc
1120 15th Street FY137
Augusta, GA 30912

Voucher:     2768054
Date:         03/28/2014

ACCOUNT # DEPOSITED TO          AMOUNT    $ 837.71

Pay to the order of:     C **0228                   837.71
Stacey L Young

NON-NEGOTIABLE          NON-NEGOTIABLE          NON-NEGOTIABLE

## Paycheck Information
**Stacey L Young**

ok                                    next

| Pay Period Start Date | Pay Period End Date | Check Date | Voucher | Gross Amount | Net Amount |
|---|---|---|---|---|---|
| 03/23/2014 | 04/05/2014 | 04/11/2014 | 2788227 | 2,647.73 | 882.59 |

| Pay Type | Rate | Hours | Amount | Year To Date |
|---|---|---|---|---|
| Wk1 Day Shift | 29.57 | 23.500 | 694.90 | 4,525.08 |
| Wk1 Eve Shift | 29.57 | 12.100 | 357.80 | 2,649.79 |
| Wk1 Nt Shift | 29.57 | 1.500 | 44.36 | 921.84 |
| Wk1 PTO | | | | 351.31 |
| Wk1 O/T Shft | | | | 230.73 |
| Wk1 O/T Shft2 | | | | 220.80 |
| Week 1 Hours | | 37.100 | | |
| Wk1 Eve Diff | 2.75 | 12.100 | 33.28 | 278.94 |
| Wk1 Nt Diff | 2.75 | 1.500 | 4.13 | 91.18 |
| Wk1 WE Diff | 3.00 | 12.100 | 36.30 | 324.57 |
| Wk1 Transport | 14.78 | 8.680 | 128.33 | 213.54 |
| Wk1 Adv L Sup | 0.25 | 37.100 | 9.29 | 78.72 |
| Wk1 BSN Cred | 1.00 | 37.100 | 37.10 | 314.66 |
| Wk1 Natl Cert | 0.50 | 37.100 | 18.55 | 157.36 |
| Wk1 O/T Prem | | | | 257.21 |
| Wk2 Day Shift | 29.57 | 23.450 | 693.42 | 4,546.50 |
| Wk2 Eve Shift | 29.57 | 12.100 | 357.80 | 2,896.46 |
| Wk2 Nt Shift | 29.57 | 1.400 | 41.40 | 920.38 |
| Wk2 PTO | | | | 7.27 |
| Wk2 O/T Shft2 | | | | 139.93 |
| Wk2 O/T Shft3 | | | | 416.21 |
| Week 2 Hours | | 36.950 | | |
| Wk2 Eve Diff | 2.75 | 12.100 | 33.28 | 295.45 |
| Wk2 Nt Diff | 2.75 | 1.400 | 3.85 | 132.35 |
| Wk2 WE Diff | 3.00 | 11.850 | 35.55 | 327.81 |
| Wk2 Transport | 14.79 | 3.590 | 53.08 | 210.31 |
| Wk2 Adv L Sup | 0.25 | 36.950 | 9.24 | 78.97 |
| Wk2 BSN Cred | 1.00 | 36.950 | 36.95 | 315.62 |
| Wk2 Natl Cert | 0.50 | 36.950 | 18.48 | 157.84 |
| Wk2 O/T Prem | | | | 335.43 |
| GTL Taxable | 0.00 | 0.000 | 0.64 | 2.97 |
| Retro Pay | | | | 493.98 |
| Gross Pay: | | | 2,647.73 | 21,893.21 |

| Tax Type | State | Locality | Amount | Year To Date |
|---|---|---|---|---|
| F.I.C.A. | | | 155.96 | 1,291.82 |
| F.I.C.M. | | | 36.48 | 302.12 |
| FIT | | | 272.49 | 2,331.56 |
| Income Tax | Georgia | | 101.30 | 846.81 |
| Tax Totals: | | | 566.23 | 4,772.31 |

| Deduction | Amount | Year To Date |
|---|---|---|
| Dental EE+Chldr | 27.60 | 220.80 |
| Garnishment 1 | 520.38 | 4,280.23 |
| Med EE+Chd(ren) | 104.57 | 836.56 |
| Tax Life Offset | 0.64 | 2.97 |
| VALIC | 397.06 | 3,283.54 |
| VALIC Loan 401A | 78.72 | 629.76 |
| VALIC Loan 403B | 69.94 | 559.52 |
| VALIC Match | 132.35 | 1,094.51 |
| | 1,198.91 | 9,813.38 |

**Deduction Totals:**

MCG Health Inc
1120 15th Street FY137
Augusta, GA 30912

Voucher:        2788227
Date:           04/11/2014

ACCOUNT # DEPOSITED TO                AMOUNT        $ 882.59

Pay to the order of:        C **0228                   882.59
Stacey L Young

NON-NEGOTIABLE          NON-NEGOTIABLE          NON-NEGOTIABLE