## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE
### SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE: )
    Stacey Young )
        Debtor(s) )

Chapter 13
Number 14-10726

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Young    Stacey
        Last    First    MI

**Joint Debtor Name:**
        Last    First    MI

**Previous Address:** 2029 Lake Forest Drive

Grovetown    Ga    30813
City    State    Zip Code

**New Address:** 2135 Grove Landing Way

Grovetown    Ga    30813
City    State    Zip Code

This 5 day of October , 20 17 .

By: /s/Angela McElroy-Magruder

AMcElroyMagruder    Attorney
Name    Title

512 Telfair Street
Address

Augusta    GA    30901
City    State    Zip Code

706-724-6000    113625
Telephone    Bar ID